GREGORY S. WALSTON, State Bar No. 196776
THE WALSTON LEGAL GROUP
222 Columbus Avenue, Suite 408
San Francisco, California 94133
Telephone: (415) 956-9200
Facsimile: (415) 956-9205
Email: gwalston@walstonlaw.com

ATTORNEYS FOR PLAINTIFF JOE AKIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE AKIN,<br><br>    Plaintiff,<br><br> v.<br><br>PAUL DILLARD, M.A. SMELOSKY, D.A. CARMICHAEL, T.G. ARNESON, MARK D. CASTELLAW, RICHARD KIRKLAND, M.D YAX, D. CROMWELL, DOES ONE THROUGH TEN, inclusive,<br><br>    Defendants. | Case No. C-05-5227 CRB<br><br>**PLAINTIFF'S DISMISSAL OF DEFENDANT CROMWELL UNDER FED. R. CIV. P. 41(a)** |

  Plaintiff voluntarily dismisses defendant CROMWELL, without prejudice, under Fed. R. Civ. P. 41(b).

Dated: March 16, 2006        THE WALSTON LEGAL GROUP


                     _____/s/_____
                     By: Gregory S. Walston

                     ATTORNEYS FOR DEFENDANT
                     PATRICIA WENDY RAMSAY

                     March 17, 2006

*[Court seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — "IT IS SO ORDERED" signed Judge Charles R. Breyer]*