```
1   BILL LOCKYER
      Attorney General of the State of California
2   MIGUEL A. NERI
    FIEL D. TIGNO
3     Supervising Deputy Attorneys General
    LILLIAN Y. TABE
4     Deputy Attorney General
      State Bar No. 207338
5     1515 Clay Street, Suite 2000
      P.O. Box 70550
6     Oakland, CA 94612-0550
      Telephone: (510) 622-2246
7     Fax: (510) 622-2270
      Email: lillian.tabe@doj.ca.gov
8
    Attorneys for Defendants Paul Dillard, M. A.
9   Smelosky, D. A. Carmichael, T. G. Arneson, Mark D.
    Castellaw, Richard Kirkland, and M. D. Yax
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **JOE AKIN,**<br><br>                              Plaintiff,<br><br>        v.<br><br>**PAUL DILLARD, M.A. SMELOSKY, D.A. CARMICHAEL, T.G. ARNESON, MARK D. CASTELLAW, RICHARD KIRKLAND, M.D. YAX, DOES 1-10, inclusive,**<br><br>                              Defendants. | Case No.  C 05 5227 CRB<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE SETTLEMENT CONFERENCE**<br><br>Hearing:   May 30, 2006<br>Time:       9:30 a.m.<br>Courtroom: C, 15th Floor<br>Judge:   Honorable Edward M. Chen |

   **IT IS HEREBY STIPULATED** by and between Plaintiff Joe Akin and Defendants Paul Dillard, M. A. Smelosky, D. A. Carmichael, T. G. Arneson, Mark D. Castellaw, Richard Kirkland, and M. D. Yax (hereinafter collectively, "Defendants"), through their respective undersigned counsel, that:

   1.     Plaintiff and Defendants have agreed to continue the Settlement Conference in the above referenced matter, currently set for May 30, 2006, at 9:30 a.m., to **August 10, 2006**, at 9:30 a.m., to allow the parties time to assess their respective settlement positions following the hearing on June 23, 2006, regarding Plaintiff's Motion for Leave to File an Amended Complaint, which

1  seeks to add state law causes of action to this case.

2      2.    Unless otherwise ordered by the Court, the settlement conference statements in the

3  above-referenced matter shall be lodged with Judge Chen's chambers by July 27, 2006.

4

5  Dated: May 16, 2006        BILL LOCKYER, Attorney General
                                     of the State of California

6                                 MIGUEL A. NERI
                               FIEL D. TIGNO

7                                 Supervising Deputy Attorneys General

8

9                      By: _____
                               LILLIAN Y. TABE

10                                Deputy Attorney General

11                                Attorneys for Defendants Paul Dillard, M. A. Smelosky, D.
                               A. Carmichael, T. G. Arneson, Mark D. Castellaw, Richard

12                                Kirkland, and M. D. Yax

13

14 Dated: May 16, 2006        THE WALSTON LEGAL GROUP

15

16                     By: _____
                               GREGORY S. WALSTON

17                                Attorney for Plaintiff JOE AKIN

18

19 Dated: May 16, 2006        GOYETTE & ASSOCIATES, INC.

20

21                     By: _____
                               PAUL Q. GOYETTE

22                                Attorney for Plaintiff JOE AKIN

23

24     Based upon the stipulation of the parties, and good cause appearing,

25 **IT IS SO ORDERED.**

26

27 DATED: May 19, 2006        _____
                               Honorable

28                              United St

[Stamp: IT IS SO ORDERED / Judge Edward M. Chen / UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]