IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE AKIN,<br><br>    Plaintiff,<br><br>  v.<br><br>PAUL DILLARD, et al.,<br><br>    Defendants.      / | No. C 05-05227 CRB<br><br>**ORDER** |

Now pending before the Court is plaintiff's motion for leave to amend. After carefully considering plaintiff's motion and defendants' opposition, the Court concludes that oral argument is unnecessary and GRANTS plaintiff's motion. It would waste judicial resources, as well as the parties' resources, to require plaintiff to file his newly-exhausted state claims in a separate action in state court. Further, to the extent defendants believe one of the proposed claims fails to state a claim, defendants may file a motion to dismiss.

**IT IS SO ORDERED.**

Dated: June 8, 2006

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\5227\ordergrantingleave.wpd