```
 1  BILL LOCKYER
      Attorney General of the State of California
 2  MIGUEL A. NERI
    FIEL D. TIGNO
 3    Supervising Deputy Attorneys General
    LILLIAN Y. TABE
 4    Deputy Attorney General
      State Bar No. 207338
 5    1515 Clay Street, Suite 2000
      P.O. Box 70550
 6    Oakland, CA 94612-0550
      Telephone: (510) 622-2246
 7    Fax: (510) 622-2270
      Email: lillian.tabe@doj.ca.gov
 8
    Attorneys for Defendants Paul Dillard, M. A.
 9  Smelosky, D. A. Carmichael, T. G. Arneson, Mark D.
    Castellaw, Richard Kirkland, and M. D. Yax
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOE AKIN,<br><br>                      Plaintiff,<br><br>v.<br><br>PAUL DILLARD, M.A. SMELOSKY, D.A.<br>CARMICHAEL, T.G. ARNESON, MARK D.<br>CASTELLAW, RICHARD KIRKLAND, M.D.<br>YAX, DOES 1-10, inclusive,<br><br>                      Defendants. | Case No.  C 05 5227 CRB<br><br>STIPULATION AND [~~PROPOSED~~]<br>ORDER TO CONTINUE FURTHER<br>CASE MANAGEMENT<br>CONFERENCE<br><br>Hearing:  June 30, 2006<br>Time:  8:30 a.m.<br>Courtroom:  C, 15th Floor<br>Judge:  Honorable Charles R. Breyer |

      **IT IS HEREBY STIPULATED** by and between Plaintiff Joe Akin and Defendants Paul Dillard, M. A. Smelosky, D. A. Carmichael, T. G. Arneson, Mark D. Castellaw, Richard Kirkland, and M. D. Yax (hereinafter collectively, "Defendants"), through their respective undersigned counsel, that:

      Plaintiff and Defendants have agreed to continue the Further Case Management Conference in the above referenced matter, currently set for June 30, 2006, at 8:30 a.m., to ~~September 1, 2006~~ September 8, 2006, at 8:30 a.m., since Defendants' Motion to Dismiss Amended Complaint is currently pending before

Stipulation to Continue Further Case Management Conference and Proposed Order - Case No. C 05 5227 CRB

1  the Court and set for hearing on August 4, 2006. The aforementioned requested date is the earliest
2  available based on the respective calendars of counsel.

3  Dated: June 27, 2006

BILL LOCKYER, Attorney General
of the State of California
MIGUEL A. NERI
FIEL D. TIGNO
Supervising Deputy Attorneys General

By: _____
LILLIAN Y. TABE
Deputy Attorney General

Attorneys for Defendants Paul Dillard, M. A. Smelosky, D. A. Carmichael, T. G. Arneson, Mark D. Castellaw, Richard Kirkland, and M. D. Yax

Dated: June 27, 2006

THE WALSTON LEGAL GROUP

By: Gregory S. Walston

ATTORNEYS FOR PLAINTIFF

Dated: June 27, 2006

GOYETTE & ASSOCIATES, INC.

By: _____
PAUL Q. GOYETTE

Attorney for Plaintiff JOE AKIN

Based upon the stipulation of the parties, and good cause appearing,

**IT IS SO ORDERED.**

DATED: June 28, 2006

_____
Honorable Charles R. Breyer
United States District Judge

IT IS SO ORDERED
Judge Charles R. Breyer

Stipulation to Continue Further Case Management Conference   No. C 05 5227 CRB