BILL LOCKYER
  Attorney General of the State of California
MIGUEL A. NERI
FIEL D. TIGNO
  Supervising Deputy Attorneys General
LILLIAN Y. TABE
  Deputy Attorney General
  State Bar No. 207338
  1515 Clay Street, Suite 2000
  P.O. Box 70550
  Oakland, CA 94612-0550
  Telephone: (510) 622-2246
  Fax: (510) 622-2270
  Email: lillian.tabe@doj.ca.gov

Attorneys for Defendants Paul Dillard, M. A. Smelosky, D. A. Carmichael, T. G. Arneson, Mark D. Castellaw, Richard Kirkland, and M. D. Yax

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **JOE AKIN,**<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>**PAUL DILLARD, M.A. SMELOSKY, D.A. CARMICHAEL, T.G. ARNESON, MARK D. CASTELLAW, RICHARD KIRKLAND, M.D. YAX, DOES 1-10, inclusive,**<br><br>　　　　　　　　　　　　Defendants. | Case No.  C 05 5227 CRB<br><br>**STIPULATION AND [PROPOSED] ORDER TO TAKE OFF CALENDAR SETTLEMENT CONFERENCE**<br><br>Hearing:　August 10, 2006<br>Time:　　 9:30 a.m.<br>Courtroom: C, 15th Floor<br>Judge:　Honorable Edward M. Chen |

**IT IS HEREBY STIPULATED** by and between Plaintiff Joe Akin and Defendants Paul Dillard, M. A. Smelosky, D. A. Carmichael, T. G. Arneson, Mark D. Castellaw, Richard Kirkland, and M. D. Yax (hereinafter collectively, "Defendants"), through their respective undersigned counsel, that:

1.　Plaintiff and Defendants have agreed to request to take off calendar the Settlement Conference in the above referenced matter, currently set for **August 10, 2006**, at 9:30 a.m., because currently pending before the Court is Defendants' Motion to Dismiss Plaintiff's Amended Complaint, which addresses all the causes of action in this case. Defendants' Motion is scheduled

to be heard by United States District Judge Charles R. Breyer on September 8, 2006.

2. The parties have further agreed to request at a later date to place the Settlement Conference on calendar after the final resolution of the pending motion.

Dated: July ___, 2006          BILL LOCKYER, Attorney General
                                of the State of California
                               MIGUEL A. NERI
                               FIEL D. TIGNO
                               Supervising Deputy Attorneys General


                         By: _____
                               LILLIAN Y. TABE
                               Deputy Attorney General

                               Attorneys for Defendants Paul Dillard, M. A. Smelosky, D. A. Carmichael, T. G. Arneson, Mark D. Castellaw, Richard Kirkland, and M. D. Yax


Dated: July ___, 2006          THE WALSTON LEGAL GROUP


                         By: _____
                               GREGORY S. WALSTON
                               Attorney for Plaintiff JOE AKIN

Dated: July ___, 2006          GOYETTE & ASSOCIATES, INC.


                         By: _____
                               PAUL Q. GOYETTE
                               Attorney for Plaintiff JOE AKIN


   Based upon the stipulation of the parties, and good cause appearing,

**IT IS SO ORDERED.**

DATED: August 4, 2006          _____
                               Honorable Edward M. Chen
                               United States Magistrate Judge