IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE AKIN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>PAUL DILLARD, M.A. SMELOSKY, D.A CARMICHAEL, T.G. ARNESON, MARK D. CASTELLAW, RICHARD KIRKLAND, M.D. YAX, DOES ONE THROUGH TEN, inclusive,<br><br>　　　　Defendants. | No. C 05-05227 CRB<br><br>**ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM** |

　　　　Now pending before this Court is Defendants' motion to dismiss the Amended Complaint for failure to state a claim upon which relief can be granted. For reasons stated at oral argument, the motion is DENIED as to the first claim for relief. This claim asserts that Defendants retaliated against Plaintiff for exercising his right to free expression under the First Amendment. Discovery will proceed ONLY as to the limited question of whether Plaintiff's alleged testimony in connection with an internal investigation at Pelican Bay State Prison was given pursuant to his official duties. Defendants' anticipated motion for partial summary judgment as to that issue shall be argued on January 5, 2007.

　　　　The motion to dismiss is GRANTED with LEAVE TO AMEND as to Plaintiff's second claim for relief. Plaintiff may amend his complaint to clarify whether and

1  upon what ground a separate retaliation claim is stated against Defendant Kirkland.
2         As to all other claims for relief, the motion to dismiss is GRANTED.  Plaintiff
3  no longer seeks to maintain his state-law claims for defamation and related torts, and it is
4  clear from the statutory language that the Public Safety Officers' Procedural Bill of Rights
5  Act (Cal. Gov. Code § 3300 et seq.) does not create a cause of action against individual
6  defendants.
7         **IT IS SO ORDERED.**

9  Dated:  September 12, 2006



10                                              CHARLES  R. BREYER
                                                UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

G:\CRBALL\2005\5227\order_granting_in_part_MTD.wpd        2