1  GREGORY S. WALSTON, State Bar No. 196776
2  THE WALSTON LEGAL GROUP
   A Professional Corporation
3  222 Columbus Avenue, Suite 320
   San Francisco, California 94133
4  Telephone: (415) 956-9200
   Facsimile: (415) 956-9205
5  Email: gwalston@walstonlaw.com

6  PAUL Q. GOYETTE, State Bar No. 137250
7  TAWNI O. PARR, State Bar No. 209626
   GOYETTE & ASSOCIATES, INC.
8  A Professional Law Corporation
   11344 Coloma Road, Suite 145
9  Gold River, CA 95670-4458
   Telephone: (916) 851-1900
10 Facsimile: (916) 851-1995
11 Email: info@goyette-assoc.com

12 ATTORNEYS FOR PLAINTIFF JOE AKIN

13
14                    UNITED STATES DISTRICT COURT
15                   NORTHERN DISTRICT OF CALIFORNIA

16  JOE AKIN,                           Case No. C-05-5227 CRB
17                                      STIPULATION AND [PROPOSED]
                Plaintiff,              ORDER OF DISMISSAL
18
19       v.
20  PAUL DILLARD, et al.,
21              Defendants.

22
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

- 1 -

1  All parties hereby stipulate that this action should be dismissed. Each party shall bear its
2  own costs and attorneys' fees.

3  Dated: November 28 2006

BILL LOCKYER, Attorney General
of the State of California
MIGUEL A. NERI
FIEL D. TIGNO
Supervising Deputy Attorneys General

By: _____
LILLIAN Y. TABE
Deputy Attorney General

Attorneys for Defendants Paul Dillard, M. A. Smelosky, D. A. Carmichael, T. G. Arneson, Mark D. Castellaw, Richard Kirkland, and M. D. Yax

Dated: November 8, 2006

Respectfully Submitted,

THE WALSTON LEGAL GROUP

By: Gregory S. Walston

ATTORNEYS FOR PLAINTIFF

Dated: November 8, 2006

GOYETTE & ASSOCIATES, INC.

By: _____
PAUL Q. GOYETTE

Attorney for Plaintiff JOE AKIN

Pursuant to stipulation, it is so ordered.

DATED:   December 15, 2006

_____
United States District Judge

IT IS SO ORDERED
Judge Charles R. Breyer